IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN BRUNSON,

Plaintiff,

v.

MINOVA USA INC.,

Defendant.                                              No. 13-cv-00589-DRH-SCW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant, Minova USA, Inc.'s notice of removal (Doc. 3). Defendant seeks removal from state court based on 28 U.S.C. §§ 1332 and 1441. Section 1332 (a)(1) states that district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different states. Although defendant is very clear in its allegations that it is a corporation organized under the laws of Delaware, with its principal place of business in Kentucky, a review of defendant's notice reveals that it has merely alleged that plaintiff is a resident of Illinois, and "[a]cordingly, for purposes of diversity jurisdiction", he is a citizen of Illinois.

According to the Seventh Circuit, "[w]hen the parties allege residence but not citizenship, the court must dismiss the suit." *Guaranty Nat'l Title Co., Inc. v. J.E.G. Assoc,*, 101F.3d 57, 59 (7th Cir. 1996). "Residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction." *Myerson's v. Harrah's East Chicago Casino* 299 F.3d 616, 617

(7th Cir. 2002). *See also Held v. Held*, 137 F.3d 998, 1000 (7th Cir. 1998) (allegations of residence are insufficient to establish diversity).

Thus, the Court **DISMISSES** defendant's notice of removal (Doc. 3) and **ALLOWS** defendant to submit an amended notice with a jurisdictional statement sufficient to establish federal diversity jurisdiction in accordance with 28 U.S.C. § 1332 and Seventh Circuit precedents. Defendant is **DIRECTED** to file an amended notice with a proper jurisdictional statement no later than June 28, 2013.

**IT IS SO ORDERED.**

Signed this 21st day of June, 2013.

David R. Herndon
2013.06.21
16:26:50 -05'00'

**Chief Judge**
**United States District Court**