IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN BRUNSON,

    Plaintiff,

vs.                                                                No.   3:13-cv-00589-DRH-SCW

MINOVA USA, INC.,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 20).  Plaintiff John Brunson and defendant Minova USA, Inc. voluntarily dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 20).  The parties stipulate to the dismissal with prejudice of the above matter, with each party to bear its own attorneys' fees and costs.  The Court hereby **ACKNOWLEDGES** said notice and holds that the plaintiff's claims are **DISMISSED WITH PREJUDICE**.  The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

    **IT IS SO ORDERED.**
    Signed this 4th day of February, 2014.

Digitally signed by David R. Herndon
Date: 2014.02.04 15:30:09 -06'00'

**Chief Judge**
**United States District Court**