UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOHN BRUNSON,

    Plaintiff,

v.

MINOVA USA INC.,

    Defendant.                        No. 13-cv-589-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Join Stipulation for Dismissal executed by plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 21) entered on February 4, 2014, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                    BY:    /s/*Sara Jennings*
                                                Deputy Clerk

Dated:   February 4, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.04
16:05:12 -06'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT